1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                               * * *
7    INTERNATIONAL MARKETS LIVE, INC.,          Case No. 2:21-CV-1363 JCM (VCF)
8                              Plaintiff(s),                ORDER
9          v.
10   ISIAH WATSON,
11                            Defendant(s).
12
13        Presently before the court is the matter of *International Markets Live, Inc. v. Watson*,
14   case number 2:21-cv-01363-JCM-VCF.
15        Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or
16   to comply with these rules or a court order, a defendant may move to dismiss the action or any
17   claim against it."  Fed. R. Civ. P. 41(b).  This court also has the inherent power to sua sponte
18   dismiss a case for want of prosecution or compliance with court orders.  *Link v. Wabash R. Co.*,
19   370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002);
20   *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).
21        This inherent power is also codified in this court's local rules.  Local Rule 41-1 provides
22   that "[a]ll civil actions that have been pending in this court for more than 270 days without any
23   proceeding of record having been taken may, after notice, be dismissed for want of prosecution
24   by the court sua sponte or on the motion of an attorney or pro se party."  LR 41-1.
25        On September 27, 2022, the court notified the parties that "[i]f no action is taken in this
26   case by 10/27/2022, the court shall enter an order of dismissal for want of prosecution."  (ECF
27   No. 7).  No party responded or otherwise commenced any proceeding of record.
28

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the

3   same hereby is, DISMISSED for want of prosecution.

4   The clerk shall close the case.

5   DATED February 28, 2023.

6

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**